# Adam Warmka

Regional Manager [2]

**Date Range**
01/01/2023 - 12/31/2023

**Check Type**
All

**Include Adjustment Checks**
Yes

| Net Earnings | Gross Earnings | Taxes | Deductions |
|---|---|---|---|
| $7,879.73 | $10,423.10 | $1,392.30 | $1,151.07 |

## Direct Deposits

| Bank | Account | Type | Amount |
|---|---|---|---|
| LOCKHEED GA EMPL'S FED CR UN | ####2908 | Checking | $7,879.73 |
| **Totals** | | | **$7,879.73** |

## Gross Earnings

| | Hours | Rate | Amount |
|---|---|---|---|
| BONUS - Bonus | 0.00 | $0.00 | $3,500.00 |
| REG - Regular | 0.00 | $28.85 | $6,923.10 |
| **Totals** | **0.00** | | **$10,423.10** |

## Deductions

| | Amount |
|---|---|
| DNTL - Dental Ins | $67.71 |
| MDCL - Medical Ins | $1,073.31 |
| VISON - Vision | $10.05 |
| **Totals** | **$1,151.07** |

## Benefits

| | Amount |
|---|---|

## Employee Paid Taxes

| | Taxable | Amount |
|---|---|---|
| FITW - Federal Income Tax | $9,272.03 | $379.72 |
| GA - Georgia SITW | $9,272.03 | $303.26 |
| MED - Medicare | $9,272.03 | $134.45 |

|  | Taxable | Amount |
|---|---:|---:|
| SS - OASDI | $9,272.03 | $574.87 |
| **Totals** |  | **$1,392.30** |

## Employer Paid Taxes

|  | Taxable | Amount |
|---|---:|---:|
| FUTA - Fed Unemployment | $6,424.01 | $38.53 |
| GAAST - GA Admin. Asmt | $9,272.03 | $0.00 |
| GASUI - Georgia SUI | $9,272.03 | $244.78 |
| MED-R - Medicare - Employer | $9,272.03 | $134.45 |
| SS-R - OASDI - Employer | $9,272.03 | $574.87 |
| **Totals** |  | **$992.63** |