# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: **ADAM ANDREW WARMKA**, <br><br> DEBTOR. | CASE NO. 23-52410-SMS <br><br> CHAPTER 7 |

### NOTICE OF PLEADING, DEADLINE TO OBJECT, AND FOR HEARING

**PLEASE TAKE NOTICE** that Brandon K. Honsalek, counsel for the above-named Debtor, has filed a **Motion to Reopen Bankruptcy Case** on **August 1, 2023**. Pursuant to General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files an objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk at United States Bankruptcy Court, Room 1340, Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303**, and serve a copy on the movant's attorney listed below, and any other appropriate persons, by the objection deadline. The response or objection must be actually received by the Bankruptcy Clerk within the required time.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:15 A.M.** on **9/13/2023** in **Courtroom 1201**, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held as scheduled.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

This 1st day of August, 2023.

| | |
|---|---|
| Debt Freedom GA LLC<br>414 Pine Grove Ave., FL2<br>Grayson, GA 30017<br>Phone: 404-913-6992<br>Email: brandon@honsalek.com | /s/ Brandon K. Honsalek<br>Brandon K. Honsalek<br>Georgia Bar No. 742962<br>*Attorney for Debtor(s)* |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: **ADAM ANDREW WARMKA**, | CASE NO. 23-52410-SMS |
|---|---|
| DEBTOR. | CHAPTER 7 |

### MOTION TO REOPEN BANKRUPTCY CASE

COMES NOW the above-named Debtor, by and through the undersigned counsel, and hereby moves this honorable Court for an order reopening the above-referenced bankruptcy case pursuant to U.S.C. § 350(b) and Bankruptcy Rule 5010, and in support thereof states the following:

1. The Debtor filed a voluntary bankruptcy petition under Chapter 7 on March 13, 2023.

2. The Debtor received a discharge on June 23, 2023 and the bankruptcy case was closed on June 23, 2023.

3. At the time of filing this case, Debtor owed a pre-petition debt to American Medical Response, Inc. (the "Debt").

4. The Debt was discharged in this bankruptcy case.

5. Debtor and Debtor's counsel have notified American Medical Response, Inc. of this bankruptcy case multiple times via phone and mail.

6. Despite the discharge of the Debt and adequate notice thereof, American Medical Response, Inc. has continued attempting to collect the Debt post-discharge.

7. Debtor therefore seeks to have this case reopened to file an adversary proceeding against American Medical Response, Inc. for sanctions for violation of the bankruptcy discharge.

WHEREFORE, movant respectfully requests that the Court enter an order reopening this bankruptcy case.

Respectfully submitted on August 1 2023.

Debt Freedom GA LLC
414 Pine Grove Ave., FL2
Grayson, GA 30017
Phone: 404-913-6992
Email: brandon@honsalek.com

/s/ Brandon K. Honsalek
Brandon K. Honsalek
Georgia Bar No. 742962
*Attorney for Debtor(s)*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: **ADAM ANDREW WARMKA**, | CASE NO. 23-52410-SMS |
| DEBTOR. | CHAPTER 7 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served all parties to this matter with a copy of the foregoing **MOTION TO REOPEN BANKRUPTCY CASE**, together with the **NOTICE OF PLEADING, DEADLINE TO OBJECT, AND FOR HEARING** by depositing the same in the U.S. Mail with adequate postage thereon to ensure delivery, addressed to the parties of record as follows:

American Medical Response, Inc.
Corporation Service Company, *Registered Agent*
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

American Medical Response, Inc.
PO Box 8723
Coral Springs, FL 33075

Dated: August 1, 2023.

| | |
|---|---|
| Debt Freedom GA LLC | /s/ Brandon K. Honsalek |
| 414 Pine Grove Ave., FL2 | Brandon K. Honsalek |
| Grayson, GA 30017 | Georgia Bar No. 742962 |
| Phone: 404-913-6992 | *Attorney for Debtor(s)* |
| Email: brandon@honsalek.com | |